**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10556 |
| Plaintiff - Appellee, | D.C. No. 1:13-cr-00141-AWI-BAM-1 |
| v. | |
| STEVEN PAUL GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, Senior District Judge, Presiding

Submitted October 26, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Steven Paul Garcia appeals from the district court's judgment and challenges

the 18-month sentence imposed following his guilty-plea conviction for escape

from custody, in violation of 18 U.S.C. § 751(a).  Pursuant to *Anders v. California,*

386 U.S. 738 (1967), Garcia's counsel has filed a brief stating that there are no

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw as counsel is **GRANTED**.

**AFFIRMED**.